COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-121-
CV

IN RE VICKI G. FLORES RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B
:  GARDNER, HOLMAN, and WALKER, JJ.

DELIVERED April 30, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.